UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CANDELLA MONIQUE LEDET**          CASE NO.  6:23-CV-00276

**VERSUS**                          JUDGE ROBERT R. SUMMERHAYS

**U S WESTERN DISTRICT COURT OF TEXAS ET AL**          MAGISTRATE JUDGE DAVID J. AYO

### ORDER

Plaintiff requested and was granted leave to proceed *in forma pauperis* ("IFP") in this suit. (Rec. Docs. 4, 5). Consequently, Plaintiff's complaint is subject to preliminary review pursuant to 28 U.S.C. §1915, which requires the Court to review IFP complaints to determine whether such complaints are frivolous or malicious; fail to state a claim upon which relief may be granted by the Court; or seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. §1915(e)(2)(B).

Section 1915(e)(2)(B) applies to prisoner and non-prisoner IFP complaints. *Newsome v. Equal Employment Opportunity Commission*, 301 F.3d 227, 231-33 (5th Cir. 2002) (affirming *sua sponte* dismissal of a non-prisoner IFP complaint as frivolous and failing to state a claim for relief under § 1915(e)(2)(B)(i) and (ii)). Further, the Court may conduct its review under § 1915(e)(2)(B) before or after service is made upon any defendant. *Green v. McKaskle*, 788 F.2d 1116, 1119 (5th Cir. 1986) (citing, *inter alia*, *Brown v. Schneckloth*, 421 F.2d 1402, 1403 (9th Cir.

1

1970) (cert. denied 400 U.S. 847 (1970)) (rejecting the premise that dismissal under § 1915 is improper unless effected prior to service of the complaint upon one or more defendants).

Considering the foregoing, it is hereby

**ORDERED** that no summons shall issue or be served by the Court until a preliminary review under 28 U.S.C. §1915 is completed. If, after such review, this Court finds that Plaintiff's complaint is not subject to dismissal, issuance of summons and service will be ordered.

**THUS DONE AND SIGNED** this 14th day of June, 2023 at Lafayette, Louisiana.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE