# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CANDELLA MONIQUE LEDET** | **CASE NO. 6:23-CV-0276** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U.S. WESTERN DISTRICT COURT OF TEXAS, ET AL** | **MAGISTRATE JUDGE AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion to Serve (doc. 7) is **DENIED** as **MOOT**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 9th day of August, 2023.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**